# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

November 17, 2023

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Preble-Rish Haiti, S.A. v. Republic of Haiti, Bureau de Monétisation des Programmes d'Aide au Développement,* No. 23-1095

Dear Ms. Wolfe:

    We, along with Blank Rome LLP, represent Petitioner-Appellee Preble-Rish Haiti, S.A., in the above captioned matter. Pursuant to Local Rule 31.2(a)(1)(B), Petitioner-Appellee respectfully requests that the Court set a deadline of February 8, 2024 to file its response brief. The requested date is within 91 days after Respondent-Appellant filed its opening brief on November 9, 2023.

**AMERICAS** (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
**APAC** (HONG KONG, SEOUL, SHANGHAI), **CARIBBEAN** (BVI, CAYMAN ISLANDS), **EMEA** (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

Catherine O'Hagan Wolfe
November 17, 2023
Page 2

Respectfully submitted,

KOBRE & KIM LLP

By: /s/ Josef M. Klazen

Josef Maxim Klazen
800 Third Avenue
New York, NY 10022
Tel: (212) 488-4931
Jef.Klazen@kobrekim.com

BLANK ROME LLP

William R. Bennett, III
Lauren B. Wilgus
Rick Antonoff
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 885-5000
William.Bennett@blankrome.com
Lauren.Wilgus@blankrome.com
Rick.Antonoff@blankrome.com

*Counsel for Petitioner-Appellee*
*Preble-Rish Haiti, S.A.*

cc: All Counsel of Record (via ECF)