UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand and twenty-three,

Preble-Rish Haiti, S.A.,

    Petitioner - Appellee,

v.

Republic of Haiti,

    Respondent - Appellant,

Bureau De Monetisation Des Programmes D'Aide Au Developpement,

    Respondent.

**ORDER**
Docket No: 23-1095

Counsel for Appellee Preble-Rish Haiti, S.A., has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting February 8, 2024, as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before February 8, 2024. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

